IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANELLE L. BARLASS,

    Plaintiff,

v.

FARROKH SHAHLAPOUR,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-203-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

_____
Peter Oppeneer, Clerk of Court

4/24/12
Date